IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**STEVEN M. YOUNGELSON; WBY, INC.** d/b/a The Follies; **STEVEN SHINE;** and **JOHN DOE** known as "Cane,"<br><br>　　　　**Defendants.** | Civil Action No. 1:15-cv-3560-SCJ |

## [PROPOSED] ORDER

Plaintiff having moved, with the consent of Defendants, for an extension of time to file a Response to Defendant WBY, Inc.'s Motion for Reconsideration of Order Permitting Case to Proceed Against Individual Defendants [Dkt. 18], and for good cause shown, Plaintiff's Motion is hereby GRANTED and Plaintiff is ORDERED to file her response to Defendant's Motion no later than Friday, April , 2016.

SO ORDERED, this _____ day of _____ 2016.

_____
Hon. Steve C. Jones
Judge, United States District Court