## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVEN M. YOUNGELSON,** )<br>**WBY, INC. d/b/a THE** )<br>**FOLLIES; STEVEN SHINE;** )<br>**EDWARD "CAIN" ALLEN;** )<br>**AND SURREY WHITE,** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 1:15:CV-03560-SCJ** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I served the foregoing ***Defendant WBY, Inc.'s Responses to Plaintiff's First Continuing Requests for Admission*** via electronic mail and First Class U.S. Mail, to the following attorney(s) of record for Plaintiffs:

Matthew W. Herrington
Michael A. Caldwell
Charles R. Bridgers
**DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC**
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, GA  30303

                                         *s/ Tamika R. Nordstrom*
                                         Tamika R. Nordstrom
                                         Georgia Bar No. 582784
                                         tnordstrom@constangy.com

**CONSTANGY, BROOKS SMITH & PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone:  (404) 525-8622
Facsimile:  (404) 525-6955        **COUNSEL FOR DEFENDANTS**