# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **BREZZY HURST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEVEN M. YOUNGELSON,** | ) | |
| **WBY, INC. d/b/a THE** | ) | Civil Action No. 1:15:CV-03560- |
| **FOLLIES; STEVEN SHINE;** | ) | SCJ |
| **EDWARD "CAIN" ALLEN;** | ) | |
| **AND SURREY WHITE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2016, I served the foregoing *Objections and Responses of Defendant WBY, Inc. to Plaintiff's First Continuing Requests for Production of Documents* via electronic mail and First Class U.S. Mail, to the following attorney(s) of record for Plaintiffs:

Matthew W. Herrington
Michael A. Caldwell
Charles R. Bridgers
**DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC**
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, GA  30303

*s/ Tamika R. Nordstrom*
Tamika R. Nordstrom
Georgia Bar No. 582784
tnordstrom@constangy.com

**CONSTANGY, BROOKS SMITH & PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone:  (404) 525-8622
Facsimile:  (404) 525-6955          **COUNSEL FOR DEFENDANTS**