# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:15-cv-03560-MLB
### Hurst v. Youngelson
### Honorable Michael L. Brown

Minute Sheet for proceedings held In Chambers on 05/23/2019.

TIME COURT COMMENCED: 3:45 P.M.
TIME COURT CONCLUDED: 4:05 P.M.
TIME IN COURT: 00:20
OFFICE LOCATION: Atlanta
COURT REPORTER: Andy Ashley
DEPUTY CLERK: Benjamin Thurman

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Herrington representing Brezzy Hurst<br>Erica Mason representing Steven M. Youngelson |
| OTHER(S) PRESENT: | Shannon Sprinkle representing deponent Ford & Harrison, LLP |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute during the deposition of Ford & Harrison, LLP. The Court's rulings are as stated in the record. |
| HEARING STATUS: | Hearing Concluded |