# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,** <br><br> Plaintiff, <br><br> vs. <br><br> **STEVEN M. YOUNGELSON; WBY, INC.** d/b/a The Follies; and **SURREY WHITE,** <br><br> Defendants. | Civil Action No. 1:15-cv-3560-MLB |

## JOINT MOTION TO STAY PRETRIAL DEADLINES AND REQUEST FOR COURT-ORDERED MEDIATION

COME NOW Plaintiff Brezzy Hurst and Defendants Steven Youngelson, Surrey White, and WBY, Inc. (herein the "Parties") and jointly move this Court for a three-week stay of pre-trial deadlines to allow the Parties the opportunity to mediate this matter. The Parties believe they have reasonable opportunity of settlement, either through direct negotiation or vis-a-vis mediation.

This Court's Order dated December 26, 2019 sets the Pre-trial Order deadline for January 27, 2020. [Dkt. 167.] This is the only pre-trial deadline currently pending. This three-week stay will allow the parties to avoid the incurrence of additional attorney's fees related to trial preparation, and afford them the time that they believe they need to close the current settlement gap.

51743658;1

At the end of the three-week period, the Parties will either file a Consolidated Pre-Trial Order or seek this Court's approval of the settlement terms, as required under the FLSA.

WHEREFORE, the Parties respectfully request that the Court grant a three-week stay of the proceedings and order the parties to mediation.

Respectfully submitted this 24th day of January, 2020.

| | |
|---|---|
| **DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC** | **AKERMAN, LLP** |
| *s/ Matthew W. Herrington* | *s/ Ana C. Dowell* |
| Matthew W. Herrington | Ana C. Dowell |
| Georgia Bar No. 275411 | Bar No. 343780 |
| 101 Marietta Street | 999 Peachtree St., NE |
| Suite 2650 | Suite 1700 |
| Atlanta, GA 30303 | Atlanta, Georgia 30309 |
| (404) 979-3150 | Telephone: 404-733-9808 |
| (404) 979-3170 (facsimile) | erica.mason@akerman.com |
| matthew.herrington@dcbflegal.com | ana.dowell@akerman.com |
| Counsel for Plaintiff | Counsel for Defendants |

## CERTIFICATION OF COUNSEL

Pursuant to LR 7.1, N.D. Ga, the undersigned counsel certifies that the foregoing motion was prepared using Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*s/ Ana C. Dowell*
Ana C. Dowell
Georgia Bar No. 141986

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,**<br><br>         **Plaintiff,**<br><br>    **vs.**<br><br>**STEVEN M. YOUNGELSON; WBY, INC. d/b/a The Follies; STEVEN SHINE; EDWARD "CAIN" ALLEN; and SURREY WHITE,**<br><br>         **Defendants.** | Civil Action No. 1:15-cv-3560-MLB |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically filed in the Court's CM/ECF system, which will automatically effect service upon all counsel of record.

Dated:

*s/ Ana C. Dowell*
Ana C. Dowell
Georgia Bar No. 343780
