**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BREZZY HURST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Civil Action No. 1:15-CV-3560-MLB** |
| **STEVEN M. YOUNGELSON,** ) | |
| **WBY, INC. d/b/a THE** ) | |
| **FOLLIES; STEVEN SHINE;** ) | |
| **EDWARD "CAIN" ALLEN;** ) | |
| **AND SURREY WHITE,** ) | |
| ) | |
| **Defendants.** ) | |

## [PROPOSED] ORDER

The Court, having reviewed the JOINT MOTION TO STAY PRETRIAL DEADLINES AND REQUEST FOR COURT ORDERED MEDIATION, hereby GRANTS a three-week stay and ORDERS the parties to mediate this matter before a private mediator.

The Court DIRECTS the Parties to file either a Motion for Settlement Approval or a Consolidated Pretrial Order no later than February 17, 2020.

SO ORDERED this _____ day of _____, 2020.


_____

Judge Michael L. Brown
United States District Court, Northern District of Georgia