IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BREZZY HURST, <br> Plaintiff, <br><br> v. <br><br> WBY, INC., et al. <br> Defendants. | ) <br> ) <br> ) Civil Action No. <br> ) 1:15-CV-03560-MLB <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS

Please take notice that Sul Ah Kim of the law firm of Akerman, LLP hereby enters her appearance and substitutes Ana C. Dowell as counsel for Defendants in the above-styled case. Please serve a copy of all notices, correspondence or orders on Ms. Kim, who is admitted to practice in this Court, at the following address:

Sul Ah Kim
Akerman LLP
999 Peachtree Street, Suite 1700
Atlanta, Georgia 30309
sul.kim@akerman.com

Respectfully submitted this 30th day of March, 2020.

*s/Sul Ah Kim*
Georgia Bar No. 697119

**Akerman LLP**
999 Peachtree St., NE
Suite 1700

Atlanta, Georgia 30309
Telephone: 404-733-9808
sul.kim@akerman.com

**COUNSEL FOR DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,** ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| v. ) | **1:15-CV-03560-MLB** |
| ) | |
| **WBY, INC., et al.** ) | |
| **Defendants.** ) | |

I hereby certify that on March 30, 2020, I electronically filed the foregoing ***NOTICE OF NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL*** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 30th day of March, 2020.

*s/Sul Ah Kim*
Sul Ah Kim
Georgia Bar No. 697119
sul.kim@akerman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BREZZY HURST,** )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**WBY, INC., et al.** )<br>**Defendants.** ) | **Civil Action No.**<br>**1:15-CV-03560-MLB** |

## **ORDER**

Upon review of Defendants' notice of appearance and substitution of counsel of Sul Ah Kim, and for good cause shown, it is hereby **GRANTED** that Sul Ah Kim be admitted and substituted as counsel in the above-styled action.

**SIGNED** this _____ day of _____, 2020.

_____
MICHAEL L. BROWN
United States District Judge