IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Brezzy Hurst,

          Plaintiff,    Case No. 1:15-cv-03560

v.    Michael L. Brown
    United States District Judge

Steven M. Youngelson, et al.,

          Defendants.
_____/

Constance Smith, et al.,

          Plaintiffs,    Case No. 1:16-cv-04017

v.    Michael L. Brown
    United States District Judge

WBY, Inc. a/k/a Follies, et al.,

          Defendants.
_____/

Soraya Barker, et al.,

          Plaintiffs,    Case No. 1:18-cv-02725

v.    Michael L. Brown
    United States District Judge

WBY, Inc. d/b/a Follies, et al.,

          Defendants.
_____/

## **ORDER**

The Court **REFERS** the three above-captioned cases to mediation before Magistrate Judge Catherine M. Salinas. Within five (5) days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

The Court **SETS** a status conference in cases 1:16-cv-4017-MLB and 1:18-cv-2725-MLB for December 11, 2020, at 10:00 a.m., to take place before the Honorable Michael L. Brown, in Courtroom 1906, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. The status conference will be held in conjunction with the pretrial conference set for that time in case 1:15-cv-3560-MLB. The Court **DIRECTS** the parties to notify the Court, no later than 5:00 p.m. EST, whether the pretrial conference or status conference set for December 11th still needs to proceed.

The Court **CONTINUES** the jury trial in 1:15-cv-3560-MLB, which is currently set for January 11, 2021. The Court will reset the jury trial, if necessary, at a later date.

**SO ORDERED** this 7th day of December, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

3